AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00298 |
| Adrienna DiCioccio | ) Assigned To Judge G. Michael Harvey |
| | ) Assign. Date : 9/20/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Adrienna DiCioccio,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - (Enter or Remain in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) - (Disorderly or Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - (Disorderly or Disruptive Conduct in a Capitol Buildings);
40 U.S.C. § 5104(e)(2)(G) - (Parade, Demonstrate, or Picket in a Capitol Buildings).

Date: 09/20/2024

*Issuing officer's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/20/2024, and the person was arrested on *(date)* 9/27/2024
at *(city and state)* Buffalo, NY.

Date: 9/27/2024

*Arresting officer's signature*

Andrew Clark, Special Agent
*Printed name and title*