AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00298 |
| Adrienna DiCioccio | ) Assigned To Judge G. Michael Harvey |
| | ) Assign. Date : 9/20/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Adrienna DiCioccio_____,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☒ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - (Enter or Remain in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) - (Disorderly or Disruptive Conduct in a Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(D) - (Disorderly or Disruptive Conduct in a Capitol Buildings);
40 U.S.C. § 5104(e)(2)(G) - (Parade, Demonstrate, or Picket in a Capitol Buildings).

Date:     09/20/2024                                       _____
                                                            Issuing officer's signature

City and state:     Washington, D.C.                       G. Michael Harvey, U.S. Magistrate Judge
                                                            Printed name and title

---

**Return**

This warrant was received on (date) __9/20/2024__ , and the person was arrested on (date) __9/27/2024__
at (city and state) __Buffalo, NY__ .

Date: __9/27/2024__                                        _____
                                                            Arresting officer's signature

                                                            Andrew Clark, Special Agent
                                                            Printed name and title

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:24-mj-00298 |
| v. | ) Assigned To Judge G. Michael Harvey |
| Adrienna DiCioccio | ) Assign. Date : 9/20/2024 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |

18 U.S.C. § 1752(a)(1) - (Enter or Remain in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(2) - (Disorderly or Disruptive Conduct in a Restricted Building or Grounds) ,
40 U.S.C. § 5104(e)(2)(D) - (Disorderly or Disruptive Conduct in a Capitol Buildings),
40 U.S.C. § 5104(e)(2)(G) - (Parade, Demonstrate, or Picket in a Capitol Buildings).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __09/20/2024__

_____
*Judge's signature*

City and state: __Washington, D.C.__    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

Case: 1:24-mj-00298
Assigned To : Judge G. Michael Harvey
Assign. Date : 9/20/2024
Description: COMPLAINT W/ARREST WARRANT

**Statement of Facts**

Your Affiant, ▇▇▇▇▇▇, is a Special Agent with the Federal Bureau of Investigation ("FBI") and a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am a Special Agent with the FBI and have been so since 2018. As a Special Agent, I am currently assigned to the ▇▇▇▇▇▇ – Joint Terrorism Task Force ("FBI-JTTF"). As an FBI Special Agent, I have participated in investigations involving violations of various federal laws, including laws related to white collar crime, terrorism, drug trafficking, firearms, and other criminal activities. I have gained experience through training at the FBI Academy in Quantico, Virginia, and through everyday work conducting investigations. I am a federal law enforcement officer who is engaged in enforcing criminal laws, including violations of Title 18 of the United States Code. In addition to my regular duties, I am tasked with investigating criminal activity that occurred in and around the Capitol grounds on January 6, 2021.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol with the exception of specific areas that are open to the public. On January 6, 2021, the entire interior as well as the exterior plaza of the U.S. Capitol were closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, S.E., in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session

1

of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

## DICIOCCIO

Adrienna DICIOCCIO is a 32-year-old resident of the state of New York. As described in detail below, DICIOCCIO engaged in unlawful activity at the U.S. Capitol on January 6, 2021. As part of my investigation, I am familiar with the fact that the FBI, in conjunction with the U.S. Attorney's Office, interviewed DICIOCCIO on more than one occasion. During her interview, DICIOCCIO identified herself in multiple videos and images that showed DICIOCCIO inside the Capitol building on January 6, 2021.



*Image 1 (DICIOCCIO circled in yellow)*

DICIOCCIO also confirmed that a specific phone number ending in 5278 (the "5278 Number") was her phone number and she voluntarily gave her phone to the FBI and consented to its search.

2

DICIOCCIO'S ACTIVITIES LEADING UP TO JANUARY 6, 2021

DICIOCCIO was an active Parler user. Using the Internet Archive's "wayback machine," your affiant has reviewed postings by a Parler account with username "adriennausa" (the AdriennaUSA Account").[1] Public-facing posts by the AdriennaUSA Account are attributed to a user who refers to herself as "Adrienna DiCioccio" as can be seen in the Image 2. According to records lawfully obtained from the Parler search warrant, the user-provided name on the AdriennaUSA Account is "Adrienna DiCioccio ☆ ☆ ☆." During an interview with the FBI, DICIOCCIO confirmed that the Parler account with the username "adriennausa" is her account.



*Image 2*

The AdriennaUSA Account on Parler voted[2] on other users' posts related to the certification of the 2020 election on January 6, 2021, and to the events planned for Washington, D.C. on January 6:

- In or around December 2020, the AdriennaUSA Account voted on multiple posts by Joseph Biggs[3] that said, "I will not sit down, I will not shut up, I will not comply!

---

[1] The Internet Archive functions to preserve certain publicly available internet pages at particular moments in time, i.e., it takes a snapshot of the appearance of a public-facing webpage. As a result, one can use the Internet Archive's "wayback machine" to retrieve website information from a particular time if a snapshot was taken of the particular public-facing webpage. I have been advised by other agents at the FBI that the Internet Archive employs a process that produces a historical snapshot that accurately records the content of publicly available web pages on the day that the snapshot was taken.

[2] Parler users can "vote" or "echo" the posts of other users whom they follow, functions that are comparable to Twitter's "like" and "retweet" functions.

[3] Joseph Biggs was later convicted by jury trial of violating 18 U.S.C. § 2384, 18 U.S.C. § 1512(k), 18 U.S.C. § 1512(c)(2), 2, 18 U.S.C. § 372, 18 U.S.C. § 231(a)(3), 2, and 18 U.S.C. §

I am an American, and I'm sick of the corruption in this country!" and "Attn: DC ANTIFA. We will not be attending DC in colors. We will be blending in as one of you. You won't see us. You'll even think we are you. We are going to smell like you. Move like you and look like you. The only thing we will do that's us! Is think like us! Jan 6th is gonna be epic. Can't wait to walk around with you all.

Capitol building at approximately 2:12 PM. DICIOCCIO pointed towards the building, clapped, and put her fist in the air. Based on the CCTV footage, she reunited with Biggs and Rae and jumped into Rae's arms. Once reunited, they moved together towards the Senate Wing Door.

DICIOCCIO approached the Senate Wing Door on the west side of the Capitol building. Other rioters broke windows and forced open a door of the Capitol near the Senate Wing corridor at approximately 2:12 PM. DICIOCCIO approached the broken windows and the door. A video posted to Parler captured DICIOCCIO's entry into the building. In the video, a loud chirping alarm can be heard in the doorway. From just outside the doorway, prior to entering, DICIOCCIO can be heard saying, "are we all gonna get arrested?" Another woman's voice responded, "Yeah. I don't care, I don't care, Adrienna, this is our future." DICIOCCIO then entered the building through the door in alarm state. After entering the Capitol building, DICIOCCIO screamed, "1776 motherfuckers, this is our house."

As seen in CCTV, DICIOCCIO entered the building with Biggs, Rae and others at approximately 2:14 PM.



*Image 3 (DICIOCCIO circled in yellow)*

DICIOCCIO became separated from Biggs and Rae shortly after entering the building. DICIOCCIO and another individual entered the area known as the Crypt shortly after entering the Capitol building. Based on my review of CCTV and open-source video, when DICIOCCIO entered the Crypt, a line of law enforcement officers was holding the line trying to prevent rioters from getting further in the building. The rioters chanted, "our house." DICIOCCIO chanted "Our house" along with the crowd. Eventually, the rioters, including DICIOCCIO overtook the police line and went further in the building.

Based on review of CCTV, DICIOCCIO went up to the second floor of the Capitol building to an area known as the Rotunda. While in the Rotunda, DICIOCCIO chanted, yelled and gestured with others, including yelling out, "Patriots won't let this country fail."



*Image 4 (DICIOCCIO circled in yellow)*

In one video posted publicly to Parler, an individual picked up a phone in the area near the Rotunda and stated, "Can I speak to Pelosi? Yeah, we're comin bitch, Oh Mike Pence, we're coming to you too you fucking traitor." Seconds later, the video panned to show DICIOCCIO. Moments later, a female voice off screen cheered in response, "Freedom!"

Eventually, additional law enforcement responded to the Rotunda, and law enforcement formed a line in the Rotunda and forced the rioters out the east side of the building.

Based on review of another open-source video, DICIOCCIO was shunted out of the East Rotunda Doors of the Capitol building. As she was being forced out of the building, DICIOCCIO joined others in the crowd chanting, "USA! USA! USA!"



*Image 5*

DICIOCCIO exited the Capitol at approximatley 3:12 PM. DICIOCCIO was unlawfully

6

inside the Capitol building for approximately one hour.

At approximately 3:27 PM on January 6, 2021, DICIOCCIO sent a text message to a friend that read, "We stormed the capital".

### PROBABLE CAUSE OF VIOLATIONS OF LAW

Your affiant submits there is probable cause to believe that DICIOCCIO violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions.

Finally, your affiant submits that there is probable cause to believe that DICIOCCIO violated 40 U.S.C. § 5104(e)(2)(D), and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 20th day of September 2024.

HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

7

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>ADRIENNA DICIOCCIO,<br><br>*Defendant* | )<br>)   Case No.  24-MJ-135<br>)<br>)<br>)   Charging District's Case No.  1:24-mj-00298<br>) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  District of Columbia                                                    .

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)   a hearing on any motion by the government for detention;

(6)   request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐   an identity hearing and production of the warrant.

☒   a preliminary hearing.

☐   a detention hearing.

☐   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  09/27/2024

*Defendant's signature*

*Signature of defendant's attorney*

FRANK PASSAFIUME
*Printed name of defendant's attorney*

AO 199A Order Setting Conditions of Release (Rev. 04/21)  Page 1 of 3 Pages

Judge: HKS
AUSA: C. Kruly
USPO: BMM

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) | **ORDER SETTING CONDITIONS** |
| v. | ) | **OF RELEASE** |
| Adrienna DiCioccio | ) | |
| *Defendant* | ) | Case Number: 24-MJ-135 |

IT IS ORDERED that the release of the defendant is subject to these conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant shall immediately advise the court, defense counsel, U.S. Attorney and the U.S. Probation and Pretrial Services office in writing before any change in address and telephone number.

(4) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified)

U.S. District Court on October 8, 2024 @ 12:30 pm and as directed thereafter.
*Place*                  *Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(X) (5) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (6) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($_____) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

### Additional Conditions of Release

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (7) The defendant is placed in the custody of:
(Name of person or organization): _____

(City and state): _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or is no longer in the custodian's custody.

Signed: _____   _____
        Custodian or Proxy                    Date

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199B(1) Additional Conditions of Release (Rev. 04/21)                                                                                          Page 2 of 3 Pages

**Additional Conditions of Release (continued)**

(8) The defendant shall:
- ( X ) (a) Report to the Pretrial Services within 24 hours of release, telephone number (716) 551-4241, and as directed thereafter.
- (   ) (b) Execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
- (   ) (c) Post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described:
- (   ) (d) Execute a bail bond with solvent securities in the amount of $
- (   ) (e) Maintain or actively seek employment.
- (   ) (f) Maintain or commence an educational program.
- (   ) (g) Surrender any passport/passport card to: **the Clerk of the Court**[1]. Surrender other international travel documents to appropriate authorities (i.e. Enhanced Driver's License or NEXUS card).
- (   ) (h) Not obtain a passport or other international travel document (i.e. Enhanced Driver's License or NEXUS card).
- ( X ) (i) Restrict travel to: Continental U.S., unless court permission is granted to travel elsewhere.
- ( X ) (j) Remain at a verifiable address as approved by Pretrial Services. Verify address with Pretrial Services.
- (   ) (k) Avoid all contact with codefendants and defendants in related cases unless approved by Pretrial Services.
- (   ) (l) Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:
- (   ) (m) Submit to a mental health evaluation and/or treatment as approved by Pretrial Services. The defendant shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or availability of third party payments.
- (   ) (n) Return to custody each (week)day as of _____ after being released each (week)day as of _____ for employment, schooling, or the following limited purpose(s):
- (   ) (o) Maintain residence at a halfway house or community corrections center, as approved by Pretrial Services.
- ( X ) (p) Refrain from possessing a firearm, destructive device, or other dangerous weapon.
- (   ) (q) Refrain from (   ) any      (   ) excessive use of alcohol.
- (   ) (r) Refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner, and/or any other mind altering substances.
- (   ) (s) Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use or possess medical marijuana under state law.
- (   ) (t) Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing, including co-payment.
- (   ) (u) Participate in a program of inpatient or outpatient substance abuse therapy and counseling approved by Pretrial Services. The defendant shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or availability of third party payments.
- (   ) (v) Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
- (   ) (w) Participate in one of the following location restriction programs and comply with its requirements as directed.
  - (   ) (i) **Curfew.** You are restricted to your residence every day (   ) from _____ to _____, or (   ) as directed by the pretrial services office or supervising officer; or
  - (   ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  - (   ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
  - (   ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
    **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
- (   ) (x) Submit to the following location monitoring technology and comply with its requirements as directed:
  - (   ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  - (   ) (ii) SmartLink; or
  - (   ) (iii) Radio Frequency; or
  - (   ) (iv) GPS.
- (   ) (y) Pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.
- ( X ) (z) Report within 72 hours, to Pretrial Services any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
- ( X ) (aa) Stay away from Washington, D.C. unless for Court, or consultation with Pretrial Services or an attorney.
- ( X ) Notify Pretrial Services in advance of any travel within the U.S. outside of home jurisdiction.

---

[1] For U.S. Passports, the passport will be returned to the U.S. Office of Passport Policy and Planning upon conviction; For Foreign Passports, the passport will be forwarded to the Bureau of Immigration and Customs Enforcement (ICE); The passport will **only** be returned to defendant if the case is dismissed.

DISTRIBUTION:     COURT     DEFENDANT     PRETRIAL SERVICES     U.S. ATTORNEY     U.S. MARSHAL

AO 199C  Advice of Penalties and Sanctions (Rev. 09/05)                                                                                   Page 3 of 3 Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim, or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliating and intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned for not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned for not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Adrienne D. Ciaccia_
Signature of Defendant

_Buffalo, NY_
City and State

## Directions to United States Marshal

(X) The defendant is ORDERED released after processing.

( ) The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _September 27, 2024_

_[signature]_
Signature of Judicial Officer

H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-MJ-135 |
| ADRIENNA DICIOCCIO | ) | |
| | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:24-mj-00298 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Hon. G. Michael Harvey, U.S. Magistrate Judge U.S. District Court, District of Columbia | Courtroom No.: |
|---|---|---|
| | | Date and Time: 10/8/2024 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 09/27/2024

*Judge's signature*

H. Kenneth Schroeder, Jr., U.S. Magistrate Judge
*Printed name and title*

CLOSED

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CRIMINAL DOCKET FOR CASE #: 1:24-mj-00135-HKS All Defendants

| | |
|---|---|
| Case title: USA v. DiCioccio | Date Filed: 09/27/2024 |
| Other court case number: 1:24-mj-00298 District of Columbia | Date Terminated: 09/27/2024 |

Assigned to: Hon. H. Kenneth Schroeder Jr.

**Defendant (1)**

**Adrienna DiCioccio**  represented by  **Frank Richard Passafiume**
*TERMINATED: 09/27/2024*  Federal Public Defender
300 Pearl Street
Suite 200
Buffalo, NY 14202
716-551-3341
Fax: 716-551-3346
Email: frank.passafiume@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.P - ENTER OR REMAIN IN RESTRICTED BUILDING OR GROUNDS | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Charles Mark Kruly**<br>U.S. Attorney's Office - Bflo<br>Federal Centre<br>138 Delaware Avenue<br>Buffalo, NY 14202<br>716-843-5838<br>Fax: 716-551-3146<br>Email: charles.kruly@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: government attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2024 | | Arrest (Rule 5) of Adrienna DiCioccio (LMG) (Entered: 09/27/2024) |
| 09/27/2024 | 1 | Rule 5(c)(3) Documents Received as to Adrienna DiCioccio (LMG) (Entered: 09/27/2024) |
| 09/27/2024 | | Minute Entry for proceedings held before Hon. H. Kenneth Schroeder Jr.: Initial Appearance in Rule 5(c)(3) Proceedings as to Adrienna DiCioccio held on 9/27/2024.<br><br>AFPD Frank Passafiume and defendant confirmed receipt and review of the Criminal Complaint and Arrest Warrant issued in the District of Columbia. Defendant advised she will retain counsel. Court asked AFPD Frank Passafiume to stand in for the purpose of today's proceeding.<br><br>Defendant waived identity hearing and hearing as to probable cause and executed Waiver. Government not opposed to defendant's release on conditions of release. Court ordered defendant released and imposed the terms and conditions of her release.<br><br>Court directed defendant to appear before the Hon. G. Michael Harvey, U.S. Magistrate Judge, in the District of Columbia on 10/8/2024 at 12:30 PM.<br><br>Appearances: AUSA Charles Kruly for the government; AFPD Frank Passafiume with defendant; USPO Brian Mamizuka. (Court Reporter FTR Gold)(LMG) (Entered: 09/27/2024) |
| 09/27/2024 | 2 | WAIVER of Rule 5(c)(3) Hearing by Adrienna DiCioccio (LMG) (Entered: 09/27/2024) |
| 09/27/2024 | 3 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING as to Adrienna DiCioccio. Signed by Hon. H. Kenneth Schroeder Jr. on 9/27/24.(LMG) (Entered: 09/27/2024) |
| 09/27/2024 | 4 | Notice to District of Columbia of a Rule 5, Rule 32, or Rule 40 Appearance as to Adrienna DiCioccio. Your case number is: 1:24-mj-00298. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to caseadmins@nywd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (LMG) (Entered: 09/27/2024) |
| 09/27/2024 | 5 | ORDER Setting Conditions of Release as to Adrienna DiCioccio. Signed by Hon. H. Kenneth Schroeder Jr. on 9/27/24.(LMG) (Entered: 09/27/2024) |